384 A.2d 984

Commonwealth v. Gates, Appellant.

Argued November 21, 1977.  Dennis R. Govachini, Assistant Public Defender, for appellant;  D. McGlynn, Assistant District Attorney, with him D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.